
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**OSMAN MOHAMED MOHAMUD,**

      Petitioner,

v.                                         Civil Action No. **3:11CV015**

**ERIC HOLDER,** *et al.,*

      Respondents.

### MEMORANDUM OPINION

On January 6, 2011, the Clerk's office sent a letter to Petitioner regarding the fact that he had submitted a check in excess of the $5.00 filing fee. On January 12, 2011, the United States Postal Service returned the January 6, 2011 letter to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." On January 12, 2011, the Clerk's office sent another letter to Petitioner regarding the fact that he had submitted a check in excess of the $5.00 filing fee. On January 25, 2011, the United States Postal Service returned the January 12, 2011 letter to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." By Memorandum Order entered on March 15, 2011, the Court informed Petitioner that unless he contacted the Court within eleven (11) days of the date of entry thereof, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). On March 21, 2011, the United States Postal Service returned the March 15, 2011 Memorandum Order to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." Petitioner's failure to keep the Court apprised of his current

address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b).

Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
_____
James R. Spencer
Chief United States District Judge

Date: 4-11-11
Richmond, Virginia